**Motion Denied; Order filed April 2, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00665-CV
_____

## DOV AVNI KAMINETZKY, Appellant

## V.

## HARRIS COUNTY APPRAISAL DISTRICT, Appellee

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-12988**

## ORDER

Appellant's brief was originally due January 8, 2015. We granted two extensions of time to file appellant's brief until March 26, 2015. No brief was filed. On March 25, 2015, appellant filed a further request for extension of time to file appellant's brief. We deny the request and issue the following order.

Accordingly, we order appellant to file a brief with the clerk of this court on or before **April 10, 2015**. If appellant does not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM